Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
HECHT PARTNERS LLP
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Phone: (646) 502-9515

David L. Hecht (*pro hac vice* forthcoming)
dhecht@hechtpartners.com
Tanner Murphy (*pro hac vice* forthcoming)
tmurphy@hechtpartners.com
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, New York 10017

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MICHAEL WASILISIN,<br><br>Plaintiff,<br><br>v.<br><br>**THERABODY, INC., d/b/a THERABODY**, a California corporation,<br><br>Defendant. | Case No.: 25-cv-5746<br><br>**COMPLAINT FOR:**<br>**(1) Correction of Inventorship of U.S. Patent No. D850,639;**<br>**(2) Correction of Inventorship of U.S. Patent No. D845,500;**<br>**(3) Breach of Contract;**<br>**(4) Fraudulent Inducement;**<br>**(5) Quantum Meruit;**<br>**(6) Unjust Enrichment** |

Plaintiff Dr. Michael Wasilisin for his Complaint against Defendant Therabody, Inc. d/b/a Therabody alleges as follows:

## THE PARTIES

1. Dr. Michael Wasilisin ("Dr. Mike") is an individual residing in Poway, California.

2. Defendant Therabody, Inc. ("Therabody") is a corporation organized and existing under the laws of Delaware, with its principal place of business located at 1640 S Sepulveda Blvd., 300 Los Angeles, California 90025.

## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a), because this is an action for correction of inventorship under 35 U.S.C. § 256 and thus arises under the patent laws of the United States.

4. This Court has supplemental jurisdiction over Dr. Mike's state law claims because those claims are so related to the federal claims that they form part of the same case or controversy and derive from a common nucleus of operative facts.

5. Personal jurisdiction is proper over Therabody because Therabody purposefully availed itself of the privilege of conducting activities within the state of California including establishing several retail stores in the state of California, and Therabody continues to sell products in the state of California covered by patents on which Dr. Mike should be listed as the inventor.

6. Venue is proper in this District under 28 U.S.C. § 1391(b) because Therabody resides in this District.

7. Venue is also proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events and omissions giving rise to the claims set forth herein occurred in this District.

## FACTUAL BACKGROUND

8. Dr. Michael Wasilisin ("Dr. Mike") is a renowned expert in movement therapy and rehabilitation, known for his work with "MoveU," a movement focused

on restoring natural movement patterns and empowering individuals to take control of their own healing.

9. In 2009, Dr. Mike earned his Doctor of Chiropractic from Palmer College, where he specialized in body mechanics, strength training, pain psychology, and soft tissue therapy.

10. In or around 2009, Dr. Mike began experimenting with percussion-style therapy devices.

11. Percussion-style therapy devices are generally hand-held massage guns that deliver rapid, concentrated pulses or vibrations to a targeted area to aid in recovery.

12. By way of non-limiting example, Therabody's Theragun Prime—shown below—is a percussion-style therapy device:



**Therabody's "Theragun Prime"**

13. An instrumental component of any percussion-style therapy device is its "tip attachment."

14. The tip attachment is the component that fits onto the end of the percussion-style therapy device and makes rapid contact with the targeted area.

15. Different tip attachments provide wholly different therapeutic remedies.

16. By way of non-limiting example, Therabody advertises that the Thumb Attachment "features a high-impact design that mimics the precision of a human thumb…making it ideal for trigger points and the lower back" whereas the Wedge Attachment "delivers firm pressure to target shoulder blades [and] mimics deep tissue techniques."

17. Therabody advertises and sells several tip attachments—each one meant to provide its own distinct remedy:



18. Dr. Mike recognized early on that tip attachment design would have a profound impact on a user's experience with a percussion-style therapy device. Therefore, Dr. Mike spent considerable time, money, and resources developing tip attachments.

19. Hoping that a partnership might develop, Dr. Mike contacted Therabody Founder, and on information and belief then-Chief Wellness Officer, Dr. Jason Wersland, in August 2017.

20. Apparently excited about a meeting, Dr. Wersland responded, "Ill [sic] meet you in LA the 24/25. Let me know what day/time. My shit in SD can wait." (the "Los Angeles Meeting"). Relevant text messages between Dr. Mike and Dr. Wersland are attached hereto as **Exhibit 1**.

21. Dr. Mike responded, "I saved the date and I will bring up my current drill that we use and we can talk about partnering up." He then sent Dr. Wersland photographs of his "Thumb" and "Wedge" Attachments:



| The Thumb Attachment | The Wedge Attachment |

*See* **Exhibit 1** at pages 1-2.

22. During the Los Angeles Meeting, Dr. Mike further disclosed his Thumb and Wedge Attachment designs to Dr. Wersland, including providing Dr. Wersland with prototypes, computer-aided design (CAD) drawings, and various other design documents.

23. At the conclusion of the Los Angeles Meeting, Dr. Mike and Dr. Wersland agreed: Therabody would be allowed to patent Dr. Mike's designs so long as: (1) Dr. Mike was listed as the inventor on the patents; and (2) Dr. Mike was compensated by Therabody (the "Agreement").

24. Dr. Wersland had full actual and apparent authority to act on behalf of Therabody.

25. Roughly two months after the Los Angeles Meeting, at Therabody's request, Dr. Mike shipped his Thumb and Wedge Attachments to Therabody at 8942

1 | Ellis Ave, Los Angeles CA 90034. *See* **Exhibit 1** at page 4.

2 |     26.    Thereafter, Dr. Wersland continued to lean on Dr. Mike's expertise. For example, on December 14, 2017, Dr. Wersland texted Dr. Mike, "[d]o you have any specific reasons you would use the 'thumb' attachment over the cone or standard ball?" *See* **Exhibit 1** at page 5.

    27.    Roughly five months after the Los Angeles Meeting, on February 13, 2018, Therabody filed United States Patent No. D850,639, entitled "Massage Element" (the "'639 Patent"). A true and correct copy of the '639 Patent is attached hereto as **Exhibit 2**.

    28.    As advertised on Therabody's website, the '639 Patent covers Therabody's Thumb Attachment. A true and correct screenshot of Therabody's "Patents & Design Registrations" landing page is attached hereto as **Exhibit 3**.

    29.    On February 13, 2018, Therabody also filed United States Patent No. D845,500, also entitled "Massage Element" (the "'500 Patent"). A true and correct copy of the '500 Patent is attached hereto as **Exhibit 4**.

    30.    As advertised on Therabody's website, the '500 Patent covers Therabody's Wedge Attachment. *See* **Exhibit 3**.

    31.    The below photographs compare Dr. Mike's designs with the Therabody attachments and associated patents:

| The Thumb Attachment | | |
|---|---|---|
| **Dr. Mike's Design** | **The '639 Patent (Fig. 1)** | **Therabody Thumb Attachment** |

| The Wedge Attachment |||
|---|---|---|
| **Dr. Mike's Design** | **The '500 Patent (Fig. 1)** | **Therabody Wedge Attachment** |

32. Before it filed the '639 and '500 Patents, Therabody did not inform Dr. Mike that intended to do so.

33. On the date it filed the '639 and '500 Patents, Therabody did not inform Dr. Mike that it had done so.

34. On February 13, 2018, Dr. Mike was not aware that Therabody had filed the '639 and '500 Patents.

35. At some point after February 13, 2018, Therabody began selling the Thumb and Wedge Attachments.

36. Therabody advertises that the Thumb Attachment is "ideal for **trigger points** and the lower back." An October 24, 2017 text message from Dr. Mike to Dr. Wersland reads, "through our experience we found that a harder rubber with a thumb-like tip is the tip to pinpoint **trigger points**." *See* **Exhibit 1** at page 3 (emphasis added).

37. On April 15, 2021—roughly three years after the patent filings—Dr. Wersland texted Dr. Mike, "I will sign something for every idea you've give [sic] me. I will not take your ideas without you. You're listed on the patent for the thumb. That's how we do." *See* **Exhibit 1** at page 6. Yet on this date, Therabody had still

1  not informed Dr. Mike that it had filed the '639 and '500 Patents, and Dr. Mike was
2  not aware that Therabody had filed the '639 and '500 Patents.

3       38.    And, contrary to Dr. Wersland's text message, Dr. Mike was *not* listed
4  on the "patent for the thumb." Indeed, the specification for the '639 Patent states
5  "[w]e, Jason Wersland, Michael Waldron and Geert Ensing have invented a design
6  for a massage element." A true and correct copy of the '639 specification is attached
7  hereto as **Exhibit 5.**

8       39.    Two years later, on April 11, 2023, Dr. Mike became aware of the '639
9  Patent. That day, he texted Dr. Wersland (photo on next page):

*See* **Exhibit 1** at page 7.

40. Despite Dr. Wersland's feigned ignorance as to inventorship, Dr. Wersland, Michael Waldon, and Geert Ensing all signed inventor oaths in connection with the '639 Patent and submitted them to the United States Patent and Trademark Office on February 13, 2018. True and correct copies of the '639 inventor oaths are attached hereto as **Exhibit 6.**[1]

41. Evidently remembering the Agreement, Dr. Wersland then instructed Therabody to list Dr. Mike as an inventor on the '639 Patent, as shown by the below email Dr. Mike received from Therabody Patent Agent Merene Philip on April 20, 2023:

> I received your email address from Dr. Jason, **who mentioned that you should be listed as an inventor** for the attached design patent for the Theragun thumb attachment. It is my understanding that **you were involved in the design process and contributed to the ornamental appearance of the claimed design**.

(emphasis added).

42. Merene Philip's April 20th email excluded any reference to the '500 Patent. Dr. Mike is not listed an inventor on the '500 Patent. Dr. Wersland, Michael Waldon, and Geert Ensing all signed inventor oaths in connection with the '500 Patent and submitted them to the United States Patent and Trademark Office on February 13, 2018. As of the date of this filing, Therabody has not informed Dr. Mike that it filed the '500 Patent. A true and correct copy of the April 20, 2023 email is attached hereto as **Exhibit 7.**

43. Roughly a year after Ms. Philip's email, Therabody offered compensation to Dr. Mike based on Thumb Attachment sales (the "Offer").

44. The Offer did not account for Therabody devices (*i.e.,* the Theragun) that had been sold *with* the Thumb or Wedge Attachment even though Therabody advertises that the Attachments are "[c]ompatible with the PRO, Elite, Prime, Sense, Relief, Mini, G3PRO, [and] G3" and even though Therabody sells percussion-style

---

[1] To the extent Therabody knowingly filed falsified Inventor Oaths with the United States Patent and Trademark Office, Therabody may be liable under 28 U.S.C. §1001.

therapy devices *with* the Thumb and Wedge attachments:





**Theragun Prime Plus (sold with Wedge Attachment)**



**Theragun Prime (sold with Thumb Attachment)**





45. On July 21, 2024, Dr. Mike texted Dr. Wersland, "After our call about the numbers, I did think it was a possibility that your team didn't want to provide me the numbers of units sold with [thumb] tip, because, exposing the units sold with the [thumb] tip would allow for some simple math that when compared with the standard royalty rates would be significantly higher than the [] offering." Dr. Wersland did not respond. *See* **Exhibit 1** at page 8.

46. On July 21, 2024, Dr. Mike was still unaware that Therabody had also filed the '500 Patent covering the Wedge Attachment.

47. Therabody continues to profit off Dr. Mike's designs not only in the sale of their products, but in the form of royalties. Therabody has asserted the '639 Patent against LifePro Fitness, LLC. Therabody has asserted the '500 Patent against Massage Guns, Inc.; The TJX Companies, Inc.; DJO, LLC; and TZUMI Electronics, LLC. Thus, on information belief, Therabody has received and continues to receive substantial royalty and license payments attached to the '639 and '500 Patents.

48. On March 31, 2025, Dr. Mike sent a letter (the "Demand Letter") to Therabody General Counsel Jonathan Feldman requesting that Therabody provide him with information sufficient to determine Therabody's Thumb and Wedge

Attachment sales. The Demand Letter specifically requested that Therabody provide Dr. Mike with (1) the number of Therabody Theraguns—and equivalent products—that have been sold *with* the Thumb and Wedge Attachments; (2) the sum of royalty payments Therabody has received in connection with the '639 and '500 Patents. Therabody refused.

49. On April 22, 2025, Dr. Mike sent a second a letter (the "Second Letter") to Therabody General Counsel Jonathan Feldman. The Second Letter again requested that Therabody provide Dr. Mike with (1) the number of Therabody Theraguns—and equivalent products—that have been sold *with* the Thumb and Wedge Attachments; (2) the amount of royalty payments Therabody has received in connection with the '639 and '500 Patents. Therabody again refused.

50. On May 21, 2025, Dr. Mike sent outside counsel for Therabody an email reiterating that "[t]o understand the value of Dr. Wasilisin's inventions, it is essential that Therabody share with us how many Theraguns have been sold with the attachments…as well as the royalty fees Therabody has received in connection with the attachments." Therabody again refused.

51. As of this filing, Therabody refuses to provide Dr. Mike with (1) the number of Therabody devices—that have been sold *with* the Thumb and Wedge Attachments; (2) the sum of royalty payments Therabody has received in connection with the '639 and '500 Patents.

## FIRST CAUSE OF ACTION

**Correction of Inventorship of U.S. Patent D850,639 under 35 U.S.C. § 256**

*(Dr. Michael Wasilisin as Sole Inventor)*

52. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

53. Dr. Mike invented and discovered the subject matter claimed in U.S. Patent D850,639 and is the sole inventor of U.S. Patent D850,639.

54. Dr. Mike was not named as the inventor for the invention claimed in

U.S. Patent No. D850,639.

55. Jason Wersland, Michael Waldron, and Geert Ensing did not invent or contribute to the conception of the subject matter claimed in U.S. Patent No. D850,639.

56. Jason Wersland, Michael Waldron, and Geert Ensing were named as inventors for the invention claimed U.S. Patent No. D850,639.

## SECOND CAUSE OF ACTION

**Correction of Inventorship of U.S. Patent D845,500 under 35 U.S.C. § 256**

*(Dr. Michael Wasilisin as Sole Inventor)*

57. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

58. Dr. Mike invented and discovered the subject matter claimed in U.S. Patent No. D845,500 and is the sole inventor of U.S. Patent D845,500.

59. Dr. Mike was not named as the inventor for the invention claimed U.S. Patent No. D845,500.

60. Jason Wersland, Michael Waldron, and Geert Ensing did not invent or contribute to the conception of the subject matter claimed in U.S. Patent No. D845,500.

61. Jason Wersland, Michael Waldron, and Geert Ensing were named as inventors for the invention claimed U.S. Patent No. D845,500.

## THIRD CAUSE OF ACTION

**Breach of Contract**

62. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

63. Therabody entered into a valid and binding agreement with Dr. Mike.

64. Dr. Mike performed under the agreement by allowing Therabody to patent his designs.

65. Therabody breached the agreement because it did not list Dr. Mike as

the inventor on U.S. Patent Nos. D850,639 and D845,500 and it did not compensate Dr. Mike.

66. Dr. Mike has been damaged as a result.

## FOURTH CAUSE OF ACTION

### Fraudulent Inducement

67. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

68. When Dr. Mike and Therabody entered into the Agreement, Dr. Wersland knew that he would use Dr. Mike's designs to Therabody's sole benefit and had no intention of including Dr. Mike on future patent filings. This is evidenced by the fact that Dr. Wersland signed and filed an inventor oath with the USPTO less than a year after the Los Angeles Meeting.

69. Dr. Wersland concealed this fact so that Dr. Mike would agree to allow Therabody to use and patent his designs.

70. Dr. Mike would not have entered into the Agreement if he had known of Dr. Wersland's concealment.

71. Dr. Mike suffered damages as a result.

## FIFTH CAUSE OF ACTION

### Quantum Meruit

72. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

73. Dr. Mike performed services for Therabody by designing, researching, and prototyping tip attachments under the expectation that Therabody would list Dr. Mike as an inventor and provide compensation in the event it patented Dr. Mike's designs.

74. Therabody benefited as a result.

## SIXTH CAUSE OF ACTION

### Unjust Enrichment

75. Dr. Mike hereby realleges and incorporates by reference the foregoing paragraphs of the Complaint as if fully set forth herein.

76. Therabody received a benefit in the form of Dr. Mike's designs as well, sales, royalties, and an exclusive government-granted monopoly attached thereto.

77. Therabody patented Dr. Mike's designs thereby retaining those benefits for itself.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), Dr. Mike hereby demands a jury trial on all issues so triable in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment against Therabody and grant the following relief:

A. The entry of judgment in favor of Dr. Mike and against Therabody;

B. An order for the correction of United States Patent D850,639, removing Jason Wersland, Michael Waldron, and Geert Ensing as inventors and listing Dr. Michael Wasilisin as the sole inventor;

C. An order for the correction of United States Patent D845,500, removing Jason Wersland, Michael Waldron, and Geert Ensing as inventors and listing Dr. Michael Wasilisin as the sole inventor;

D. An order for an accounting of all Therabody products that have been sold with the Thumb and Wedge Attachments.

E. An award of compensatory damages against Therabody adequate to compensate Dr. Mike for his performance of the Agreement, together with prejudgment interest and post-judgment interest and costs;

F. An award of consequential damages against Therabody adequate to compensate Dr. Mike for lost royalties attached to U.S. Patent Nos.

        D850,639 and D845,500, together with prejudgment interest and post-judgment interest and costs;

G.   An award of punitive damages in an amount to be determined at trial;

H.   An award of attorney's fees, costs, and expenses;

I.   Such other and further relief which may be requested and to which the Plaintiff is entitled; and

J.   Such other and further relief as the Court deems just and proper.

Dated: June 24, 2025         HECHT PARTNERS LLP

                                    By:   /s/ *Kathryn Lee Boyd*
                                            Kathryn Lee Boyd

                                    David L. Hecht (*pro hac vice* forthcoming)
                                    dhecht@hechtpartners.com
                                    Tanner Murphy (*pro hac vice* forthcoming)
                                    tmurphy@hechtpartners.com
                                    HECHT PARTNERS LLP
                                    125 Park Avenue, 25th Floor
                                    New York, New York 10017

                                    *Attorneys for Plaintiff*