# EXHIBIT 7



---------- Forwarded message ---------
From: **Merene Philip** <merene.philip@therabodycorp.com>
Date: Mon, May 1, 2023 at 11:22 AM
Subject: Re: Therabody Patent Inventorship for Thumb Attachment - Request for Info
To: <mike@moveu.com>
Cc: Jonathan Feldman <jonathan.feldman@therabodycorp.com>, Dr. Jason Wersland <drjason@therabodycorp.com>


Hi Mike,

I just wanted to follow up on the email below.

In order to add you as an inventor for the Theragun thumb attachment design patent, we need your signature on the following forms to be submitted to the U.S. Patent and Trademark Office (USPTO):

- Inventor Assignment
- Inventor Declaration
- Statement under 37 CFR § 1.324(b)(1)

I am sending you these forms to electronically sign via Pandadocs, for which you should receive a separate email. Please review the attached rule and the patent application as filed before executing these documents.

Also, please provide your city, state, and country of residence so we can finalize the paperwork for the USPTO.

We look forward to receiving the executed documents and residence information from you. Let me know if you have any questions.

Thanks,
Merene


On Thu, Apr 20, 2023 at 11:18 AM Merene Philip <merene.philip@therabodycorp.com> wrote:
> Hi Mike,
>
> My name is Merene Philip, and I am the Patent Agent at Therabody who is helping manage the patent portfolio here.
>
> I received your email address from Dr. Jason, who mentioned that you should be listed as an inventor for the attached design patent for the Theragun thumb attachment. It is my understanding that you were involved in the

design process and contributed to the ornamental appearance of the claimed design. Please confirm if that is correct.

In order to add you as an inventor to this patent, we need some additional information from you for filing the required paperwork at the U.S. Patent and Trademark Office. Please provide your residence information (city and state), as well as your mailing address. I will be sending you a document to sign electronically once we've received this information.

Let me know if you have any questions.

Thanks,
Merene

--

**Merene Philip (she/her)**
Patent Agent I Therabody
E • merene.philip@therabodycorp.com
www.Therabody.com

--

**Merene Philip (she/her)**
Patent Agent I Therabody

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

--